UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mark Pine

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Federal Bureau of Investigation

_____

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Opinion: Civil Rights - People I know are paying
Law enforcement nationwide to steal money
and harass people. Multiple FBI offices in
different states are harassing and running scams
on me.

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____*Mark Pine*_____ , is a citizen of the State of
(Defendant's name)

_____*New York*_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____ , is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____
First Name                Middle Initial        Last Name

_____
Street Address

_____
County, City                          State              Zip Code

_____
Telephone Number                      Email Address (if available)

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:     FBI-Federal Bureau of ~~Investigation~~

First Name                    Last Name

Investigations

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State                    Zip Code

Defendant 2:     _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State                    Zip Code

Defendant 3:     _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State                    Zip Code

Defendant 4: _____

First Name                     Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State              Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: *New York, Milwaukee, and others.*

Date(s) of occurrence: *April 28, 2024. Morning.*

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

*Attached 13 pages numbered*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Several visits to urgent care centers in Manhattan

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

$ 150,000.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_May 23, 2024_
Dated

Plaintiff's Signature _M_

_Mark_                 _J_
First Name        Middle Initial

_Pine_
Last Name

_PO Box 1375_
Street Address

_New York_            _NY_          _10163_
County, City         State          Zip Code

_917 815 5415_                _M@MARKPINE.COM_
Telephone Number              Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Mark Pine Vs Federal Bureau of Investigation

Mark Pine
(917) 815-5415
m@markpine.com
450 Lexington Ave Unit 1375
New York, NY 10163

April 28, 2024

Greetings Your Honor,

I would like to sue the FBI for $150,000.

The solution to all of this is to raise the salaries (at least double) of all United States law enforcement and put in legitimate oversight.

Until then, here we are.

Of course, law enforcement does a lot of good.

That's no excuse to do a lot of bad too.

First and foremost, I would like to include that I always treat everyone who works at all Courts with the utmost respect, no matter what.

That is more important than anything.

I'm leaving out some of the wild and crazy scams that law enforcement runs on me out of this claim.

Law enforcement likes to run audio and video scams on me and other people whom they harass, tease, and sabotage because they have zero oversight.

If United States law enforcement has oversight, when was the last time someone checked the financials of the top 3,000 highest-level members of the FBI to see if they were making extra money illegally?

I've never seen anything like that mentioned in the press.

When a police force tends to a police officer such as NYPD Sean Armstead, NYPD Alberto Randazzo, NYPD Michael Valva, and so many others, after the fact, to me, that's not proper oversight.

I think the United States should pay United States law enforcement much more money and put in some legitimate oversight.

Law enforcement likes to lie and say Mark Pine is rude to try and get me kicked out of every place I go.

I recently lost a few lawsuits (Mark Pine Vs The City University of New York).

I was the pro se plaintiff in the New York State Court of Claims.

I treated everyone with the absolute utmost respect at all times.

Of course, I treat all the Court security guards with the utmost respect at all times, and if I see the FBI or Police at Court, I will treat them respectfully.

Of course, that includes jury duty.

Of course, that includes everyone at the Court help desk.

I have dozens of lawsuits I want to file against government agencies, individuals, and corporations when I get the time and money.

Therefore it's understandable that I want to keep the best relationship possible with the New York Courts and all courts in the United States.

Plus I'm a nice person in general.

I hate using the poor person form even though I qualify.

I'm using it for this case.

Hopefully, one day, I can pay myself.

I'm trying to earn money so I can pay for dozens of lawsuits to legally pay back the Police, FBI, and their civilian team for taking money under the table to harass me for years.

Before I go any further, I would like to say I respect all the people who work for the FBI and United States Police who help people.

Thank you to them.

Of course, we need the Police and FBI to keep us safe.

If it were up to me one day, I would raise the salaries of all the people who work for the FBI and United States Police and simultaneously implement some legitimate oversight so it doesn't all fall on the US Courts.

United States Internal Affairs is a scam.

I can write hundreds of pages about United States Internal Affairs.

Internal Affairs answers to the people they are supposed to be overseeing.

That's like allowing everyone in prison to walk free right now if they feel they're innocent.

That's what law enforcement has set up.

The people who work for Internal Affairs are underpaid.

United States Internal Affairs, in general, NYPD Internal Affairs specifically, are allowing law enforcement to harass civilians without any concern about getting caught unless one of us is murdered, as in the case of NYPD Sean Armstead.

If NYPD Sean Armstead had only harassed his victim instead of shooting him to death, in my opinion, Internal Affairs would have covered it up.

The same goes for NYPD Michael Valva, NYPD Yvonne Wu, and many others.

People realize that instead of trying to sneak around and commit crimes, getting caught, and going to prison, it's better to join law enforcement where crime is encouraged and permitted.

For example, when was the last time anyone checked the financials of the top 3,000 most powerful Police and FBI in New York and/or New York City to see if anyone is spending more than they are earning from the government?

They have a lot of power and very little if no oversight.

Is anyone checking if they are making extra money illegally?

It must be very tempting.

Not for me because I don't do anything illegal.

There have been quite a few innocent civilians murdered by the NYPD in the past five years.

Most New Yorkers haven't heard about it.

For example, NYPD Michael Valva, NYPD Yvonne Wu, NYPD Sean Armstead, and not sure if there are any others.

Another one just beat the case.

My current Court strategy is to request Judge or bench trials.

My Judge or bench trial strategy may change in the future, although that's my desire for this case.

I'll do whatever you say.

If it's up to me I request a Judge/bench trial, no jury.

Everyone else can waste the government's money, I'm not.

If the FBI wants a jury, I guess it's up to them.

My famous line is I trust Judges, not juries.

Of course, law enforcement has audio from me outside of court complaining about juries, things I would never say in court.

In my opinion, law enforcement runs audio and video scams on me.

Law enforcement likes to take audio and video they have of me out of context to try and get me in trouble.

For example, law enforcement would love to take some of the audio/video they have of me reporting them and say the audio/video happened in Court, Jury Duty, at Baruch College, the gym, etc.

For example, a law enforcement scam I think I temporarily or hopefully permanently avoided was law enforcement having a whole class at Baruch College including the professor and students say that "Mark Pine had some type of outburst."

Then I suspect law enforcement would piece together audio and/or video of me from outside of Baruch College with audio and video of Baruch College professors and students.

I'm a full time student at Baruch College.

I would never say anything controversial about law enforcement or anything at Baruch College.

I'm always polite and respectful at Baruch College.

The students in my Baruch College classes for the past four years act very strangely.

For example, I've had professors give one hundred to two hundred hours of memorization projects to be done in one week and students that are half asleep during class, never pay attention, don't participate, come and go as they please, jog in place at their desks during class, hold and rub their heads, point, and cough and sneeze in my face; all ace the exams without being able to answer one question correctly during class.

I've had Baruch College students in my classes act like they are practicing how to kick field goals during class for 30 minutes to an hour at a time.

Hardly any students in my Baruch College classes ever ask what is going on.

I've reported to NYS Higher Education Services Corporation and others that I believe there is quite a bit of cheating going on in my Baruch College classes.

I reported it to The City University of New York too.

I was told if I contact the Baruch College President's office and CUNY Chancellor's office again, I would be in trouble.

Of course, I never mention a word about the cheating to students and professors at Baruch College.

I'm not saying they do, although I treat everyone at Baruch College as if they work for law enforcement and are looking for any lie they can come up with to get me in trouble.

When I'm interacting with everyone at Baruch College I'm polite, respectful, never say a controversial word about anything, and I act as if everyone at Baruch College is looking for any reason to try and get me in trouble so I'm very cautious.

For example, one time in a class a professor was saying how he believed people were due reparations in the United States.

I said I agreed.

A student who I have no idea who it was, started yelling and screaming at me at the top of her lungs about inflation.

I just ignored the person and didn't say a word.

I have female and male Baruch College students that I have no idea who it is crash into me and shove their phones in my face, in the bathroom, hallways, outside of school, in the subways near school, etc.

I just ignore them and don't say anything.

I have people harass me outside of school in gym locker rooms.

I ignore them.

I've had professors and staff at Baruch College crash into me and try to crash into me.

I've had people who work at the HRA job programs and offices crash into me on purpose.

I have people try to crash into me and shove their phones in my face almost everywhere I go since people I know started paying law enforcement to harass me.

I just do my best to avoid them and don't say anything.

I never exchange personal information with any Baruch College students under any circumstances.

I suspect that law enforcement is getting students diplomas at Baruch College in exchange for the students running scams for law enforcement.

For example, harassing me at Baruch College and around school.

I reported the cheating to the FBI and NYPD; I suspect it's an inside secret for those who know.

Law enforcement is 1000X more advanced than most civilians realize.

I only learned about it because I suspect people I know pay law enforcement to sabotage and harass me.

I suspect people I know are paying NYC law enforcement to run kickback scams right now in 2024.

Law enforcement runs scams on me that are beyond almost anyone's imagination.

For example, have people try to pick fights with me and much more.

Why am I suing the Federal Bureau of Investigation (FBI) in New York City Federal Court?

A few reasons.

I suspect that people I know pay law enforcement to steal money from the government and harass people.

I'm not mentioning the civilian's names here who I suspect pay law enforcement to steal money from the government and harass people, including me, because I don't want to be sued for defamation, libel, slander, etc.

I've emailed the civilian's names to law enforcement and I'm more than happy to email or handwrite the people's names I know who I suspect pay law enforcement to rob the government and harass people, including me.

I'm going to stop using the words allegedly, opinion, etc., for the rest of this document/claim.

Please know that I have the best intentions.

I take this process seriously.

I have no reason to lie.

I'm 47 years old.

I don't drink.

I don't smoke.

I don't party.

I don't have any misdemeanors or felonies on my record.

New York City law enforcement is spending millions of dollars to try and change that.

When people I know started paying law enforcement to harass me, law enforcement chased away the majority of my former web marketing clients.

Since then, for several years, I've been living in the street homeless.

When I tried to get minimum wage retail jobs, law enforcement told people not to hire me.

New York City law enforcement has very little to no oversight.

NYPD Internal Affairs has limited abilities.

I can't locate any oversight for the FBI besides the Courts.

NYC law enforcement has a large, off the books, female and male, civilian lie and scam team.

NYC law enforcement has their civilian lie and scam team crash into me, shove their phones in my face, rob me, blow drug smoke in my face, pretend they are with me, and many more scams.

I believe the NYPD has issued me 27 police reports from times I've been robbed, and had my property vandalized in Manhattan.

Sometimes they classify the robberies as lost because of the laws.

My phone number is 917-815-5415.

I use the number for business, it's not a private number.

Of course, currently I don't have any business although hopefully one day things will turn around.

The Manhattan District Attorney's office blocked my phone number.

The US Attorney Southern District office blocked my phone number.

The New York City FBI blocked my phone number.

The NYPD and NYPD Internal Affairs blocked my phone number.

The Secret Service blocked my phone number.

The Pentagon Military Security blocked my number.

The New York Senate blocked my number.

About half the FBI offices nationwide blocked my number.

About half the US Attorney offices nationwide blocked my number.

Several FBI offices nationwide know that I'm being harassed by law enforcement and they choose to run phone scams on me or block my phone number and cover it up instead of help me.

That's one of the reasons I'm suing in Federal Court.

NYPD 911 harasses me on the phone when I call.

I've called NYPD 911 thousands of times over the years.

Many other Federal, State, and City government offices and agencies blocked my phone number.

The FBI is breaching their fiduciary duty by not helping me.

The FBI is covering up that people I know are paying law enforcement to harass and sabotage me.

Not just the New York FBI, almost all the FBI offices nationwide are covering up that people I know are paying law enforcement to harass and sabotage me.

About 20 to 25 of the FBI offices in America blocked my phone number.

They must know who I am or they couldn't block my phone number.

When I call the FBI, the FBI Field Office operators are told not to help me and run phone scams on me.

When a person calls the FBI they have the option to speak with a civilian at a central call center or they can press a different extension and speak with people at the FBI field office.

I've spoken with the people at the FBI field offices nationwide thousands of times.

It's preposterous that the FBI can't stop a few civilians I know from paying New York City law enforcement and their plain clothes, off the books, female and male, civilian lie and scam team from harassing me.

I've contacted hundreds of government offices to try and get help and they ignore me or tell me to contact New York City law enforcement aka the people who are being paid to harass me.

I'm more than happy to share my T Mobile phone records, SNAP records, and Chase Bank records to help with the investigation.

For example, help match the locations where I've been with security cameras so everyone can see New York City law enforcement's civilian lie and scam team blatantly harassing me over and over.

And also listen to the thousands of phone calls I made to FBI offices nationwide where the FBI is running phone scams on me, purposely giving me bad advice, and covering up misdemeanors and felonies being committed against me by law enforcement and their civilian team.

First, I followed the procedure by calling 1800 call FBI.

They never respond, hang up, or run phone scams on me.

Then I contacted all 50 states' FBI field offices, and they all covered up that people I know are paying law enforcement to steal money, harass people, and harass me.

We all know the FBI is capable of stopping New York City law enforcement and their civilian team from harassing me.

Why won't they?

I'm more than happy to share my T Mobile phone records and Chase Bank records with anyone who works for the government, law enforcement, etc.

I have no criminal record.

I would never do anything illegal.

I don't want to go to prison.

I read that a large number of people are getting raped and beaten in prison.

https://uscode.house.gov/view.xhtml?path=/prelim@title34/subtitle3/chapter303&edition=prelim

If law enforcement doesn't care about that, they don't care about me being harassed by law enforcement, especially if people I know are filtering a lot of money to law enforcement under the table.

Most, if not all, of the New York City law enforcement community blocked my phone number.

I have NYC law enforcement's civilian lie and scam team harassing me constantly.

NYPD Internal Affairs blocked my phone number.

The Civilian Complaint Review Board and the Department of Investigations aren't help me.

I've contacted dozens of NYC government offices via phone and email and they are ignoring me.

The New York City FBI blocked my phone number.

I called the NYC FBI thousands of times over the years before they blocked my phone number.

Not that anyone has the time, although if the NYC FBI honestly turned over the audio from all of the calls, they would not be proud of the way people who picked up the phone for the NYC FBI spoke on the phone on occasion.

Sometimes, the staff from the NYC FBI was professional on the phone and other times, they weren't.

After my phone number was blocked by the NYC FBI and NYPD, I started calling the Albany and Buffalo FBI.

The Buffalo FBI would clown around and run scams on the phone.

The FBI can say anything they want despite having a long history of bad behavior.

FBI– MLK suicide letter - Wikipedia.org

https://en.wikipedia.org/wiki/FBI%E2%80%93King_suicide_letter

Here are the initial times and dates to begin the lawsuit.

There will be more to follow.

I called the FBI on April 28, 2024 9:30 AM.

Phone number: 855-324-7257

The person who picked up the phone knew who I was and hung up the phone without helping me.

I suspect the person who picked up 855-324-7257 was not located in New York, therefore that makes this case Federal because FBI staff located across the country are running phone scams on me and covering up crimes that they know for a one hundred percent fact are being committed against me by New York City law enforcement and their civilian lie and scam team.

I called the FBI on April 28, 2024, at 9:51 AM.

Phone number 1 800 Call FBI

The person who picked up the phone knew who I was and was trying to set me up for a defamation lawsuit with the people I know who pay law enforcement to sabotage and harass me.

I called the Milwaukee FBI on April 28, 2024, at 9:19 AM.

The person who picked up knew who I was and immediately started lying and running phone scams on me.

For example, tell me to call local law enforcement when the FBI knows local law enforcement blocked my phone number.

For example, telling me they aren't transferring me to 1 800 Call FBI and then transferring me there.

Also, when I call NYPD 911, they harass me on the phone.

New York City law enforcement, including the NYPD and FBI have a female and male, civilian lie and scam team.

These are women and men who run scams for law enforcement, part-time, off the books.

There are times when I have a few or a handful of civilian lie and scam team members harassing me at a time.

There are times when I have several members of New York City law enforcement's civilian lie and scam team harassing me one after the next in a supermarket, in the subway, in the street, etc.

I've been on the phone with an FBI Field Office located in another state outside of New York in America while simultaneously New York City law enforcement has their scam team harassing me without a care in the world about getting caught.

New York City law enforcement will have their plain clothes, female and male, civilian lie and scam team harassing me in clear view of government and non-government security cameras without a care in the world about getting caught.

Law enforcement has people contacting me from Nassau County, Long Island, trying to run scams on me.

I can write 100 more pages about all the abuse I endure, although I'm going to stop it here to start the process.

Regardless if I win or lose the number one most important thing is for me to treat all parties involved with this court case with the utmost respect at all times, no matter what.

**Patient: MARK PINE, Sex: M**
Date of Service: 04/29/2024 (Log# 15165101)
Date of Birth: 08/15/1976 (47 years)
Patient ID: 236124


Save Time. Feel Better.

**Medrite**
521 West 42nd
New York, NY 10036-6902
929-200-8895  F: 646-861-0101

## Patient Clinical Summary

**Log# 15165101 (Room# Exam 2)**

**You were seen at Medrite (42ND ST) on Monday, April 29, 2024.**

**Your Diagnosis for today's visit is:**
- 1. Contact with and (suspected) exposure to environmental tobacco smoke (acute) (chronic)

**Recommendations/Plan:**
- Please return to the clinic in 3 day(s) if not better. Call or return to this clinic sooner if your condition worsens or if you have any concerns.
- Return as needed