UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK PINE,

               Plaintiff,

-against-

FEDERAL BUREAU OF INVESTIGATION,

               Defendant.

24 CIVIL 4143 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the November 15, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 3, 2025
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge